UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-01371-FWS-KS Date: August 11, 2026

Title *Bjorn Erik Haapaniemi v. Warden Birkholz*

Present: The Honorable: Karen L. Stevenson, Chief United States Magistrate Judge

| Kerri Hays | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioners: | Attorneys Present for Respondents: |
|---|---|

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 5, 2026, Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") seeking the restoration of good time credits. (Dkt. No. 1.) After amendments, the operative pleading is now the Second Amended Petition ("SAP"). (Dkt. No. 19.)

On June 18, 2026, Respondent filed a Motion to Dismiss and Answer to the SAP. (Dkt. No. 27.) Pursuant to this Court's Order Requiring Response to Second Amended Petition issued on May 21, 2026, Petitioner's opposition to the Motion to Dismiss portion of Respondent's pleading was due 30 days after service of the motion, on or before July 20, 2026. (Dkt. No. 23 at 3.) To date, Petitioner has not filed an opposition.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a litigant "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Petitioner's failure to comply with the Court's briefing schedule. Additionally, Local Rule 7-12 provides, in pertinent part, that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of [a] motion, . . . ." Consequently, the Court could also properly recommend that Respondent's motion be granted based upon Petitioner's failure to file an opposition by the Court-ordered deadline. *Id.*

However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE on or before September 1, 2026,** why the Court should not recommend that the action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure and/or Respondent's motion be granted

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-01371-FWS-KS Date: August 11, 2026

Title *Bjorn Erik Haapaniemi v. Warden Birkholz*

under Local Rule 7-12. Petitioner's response to this Order to Show Cause must include either: (1) a request for an extension of time to file an opposition accompanied by a sworn declaration **that establishes good cause** for both Petitioner's failure to timely respond to Respondent's motion and his need for additional time; *or* (2) a complete opposition that fully complies with the Local Rules, the Federal Rules of Civil Procedure, and this Court's scheduling order.

Alternatively, if Petitioner concludes he is currently unable to comply with the deadlines necessary for prosecuting this action, Petitioner may discharge this Order and dismiss this case without prejudice by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Petitioner is expressly cautioned that his failure to respond to this Order WILL result in a recommendation of dismissal based on Rule 41 of the Federal Rules of Civil Procedure and/or that Respondent's Motion to Dismiss be granted under Local Rule 7-12.**

**IT IS SO ORDERED.**

:

**Initials of Preparer** klh