**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **BJORN ERIK HAAPANIEMI,**<br>**Petitioner,**<br>**v.**<br><br>**WARDEN BIRKHOLZ,** *FCI Lompoc II*,<br>**Respondent.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 2:26-cv-01371-FWS-KS**<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, Respondent's Motion to Dismiss, the Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein. The time for filing objections has passed and no objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that judgment shall be entered GRANTING Respondent's Motion to Dismiss and dismissing this action without prejudice. All pending motions are DENIED AS MOOT and terminated.

Dated: October 28, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE