**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BJORN ERIK HAAPANIEMI,**<br>**Petitioner,**<br>**v.**<br>**WARDEN BIRKHOLZ,** *FCI Lompoc II*,<br>**Respondent.** | **NO. 2:26-cv-01371-FWS-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: October 28, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE